JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PRIME HEALTHCARE CENTINELA, LLC, a Delaware limited liability company doing business as Centinela Hospital Medical Center;<br><br>Plaintiff<br><br>vs.<br><br>BLUE CROSS-BLUE SHIELD OF ALABAMA,<br><br>Defendant(s). | Case No. CV11-5787-AHM (MANx)<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1) |

1

ORDER

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The above-entitled action City shall be dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2. Each party shall bear their owns costs and fees.

Dated: September 12, 2012

HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS-6